IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02339-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

PETE SELASTINO CRUZ,

      Applicant,

v.

TOM CLEMENTS, Exec. Dir. C.D.O.C.,

      Respondent.

---

## ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES

---

Applicant has submitted an Application for a Writ of Habeas Corpus Pursuant to

28 U.S.C. § 2241.  The Court has reviewed the Application and it appears that he is

challenging the state trial court's imposition of a habitual offender sentence.

"Petitions under § 2241 are used to attack the execution of a sentence, *see*

*Bradshaw v. Story*, 86 F.3d 164, 166 (10th Cir.1996), in contrast to § 2254 habeas and

§ 2255 proceedings, which are used to collaterally attack the validity of a conviction and

sentence."  **See McIntosh v. United States Parole Comm'n**, 115 F.3d 809, 811 (10th

Cir. 1997).  Accordingly, to the extent Applicant is challenging the validity of his habitual

offender sentence, his remedy is an Application for a Writ of Habeas Corpus Pursuant

to 28 U.S.C. § 2254.

As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has

determined that the submitted document is deficient as described in this order.

Applicant will be directed to cure the following if he wishes to pursue his claims.  Any

papers that the Applicant files in response to this order must include the civil action

number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)    X     is not submitted
(2)    __     is missing affidavit
(3)    __     is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing
(4)    X     is missing certificate showing current balance in prison account
(5)    __     is missing required financial information
(6)    __     is missing an original signature by the prisoner
(7)    __     is not on proper form (must use the court's current form)
(8)    __     names in caption do not match names in caption of complaint, petition or
              habeas application
(9)    X     other: Motion is necessary only if $5.00 filing fee is not paid
              in advance.

**Complaint, Petition or Application**:
(10)    __     is not submitted
(11)    __     is not on proper form (must use the court's current form)
(12)    __     is missing an original signature by the prisoner
(13)    __     is missing page nos. ___
(14)    __     uses et al. instead of listing all parties in caption
(15)    __     names in caption do not match names in text
(16)    __     addresses must be provided for all defendants/respondents in "Section A.
               Parties" of complaint, petition or habeas application
(17)    X     other: Application is submitted on incorrect form.

Accordingly, it is

ORDERED that the Applicant cure the deficiencies designated above **within**

**thirty (30) days from the date of this order**.  Any papers which the Applicant files in

response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Applicant shall obtain the court-approved

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and

Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 forms (with the

assistance of his case manager or the facility's legal assistant), along with the

applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if the Applicant fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the application and

the action will be dismissed without further notice.  The dismissal shall be without

prejudice.

DATED September 4, 2012, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge